# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2008

135394

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

CADLE COMPANY II, INC.,
       Plaintiff-Appellee,

v

P.M. GROUP, INC.,
       Defendant,

and

DANIEL D. ARMISTEAD,
       Defendant-Appellant.

SC: 135394
COA: 275099
Oakland CC: 05-069140-CK

_____/

On order of the Court, the application for leave to appeal the October 25, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008

_____
Clerk

p0317